UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| MIRANDA BURTON, | ) | |
| | ) | |
| Plaintiff, | ) | No. 6:26-CV-27-REW |
| | ) | |
| v. | ) | |
| | ) | JUDGMENT |
| FRANK BISIGNANO, Commissioner of Social Security, | ) ) | |
| | ) | |
| Defendant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Consistent with the Order entered on this day, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, the Court:

1. DENIES Burton's appeal, DE 1;

2. DENIES Burton's motion for summary judgment, DE 7;

3. AFFIRMS the Social Security Administration's decision, pursuant to 42 U.S.C. § 405(g); and

4. DIRECTS the Clerk to strike this matter from the Court's active docket.

This the 5th day of January, 2026.



Signed By:
Robert E. Wier
United States District Judge